Certificate Number: 05781-NJ-DE-040622138

Bankruptcy Case Number: 26-10025



05781-NJ-DE-040622138

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 15, 2026, at 2:54 o'clock PM PST, Jose L Medina completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   February 15, 2026                      By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President