# <u>LOW & LOW</u>  ATTORNEYS AT LAW, LLC

**505 Main Street, Hackensack, New Jersey 07601 (201)-343-4040 Fax# (201) 488-5788**

**STANLEY W. LOW**                                          **RUSSELL L. LOW**

February 20, 2026


    **Re: Jose Luis Medina**
    **Bankruptcy Case No. 26-10025**


,

  This letter shall serve as a request for the withdrawal of Docket No. 17.

  Should you require additional information or have any questions regarding the

above-mentioned, please do not hesitate to contact the undersigned.


Thank you,

/s/ Russell L. Low

**Russell L. Low**