Form 186 − ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26−10025−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jose Luis Medina
aka Jose Luis Medina Rosario, aka Jose L.
Medina
19 Oak Street
Jersey City, NJ 07304

Social Security No.:
xxx−xx−3595

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
### FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 1/2/2026 and a confirmation hearing on such Plan has been scheduled for 3/26/2026.

The debtor filed a Modified Plan on 2/19/2026 and a confirmation hearing on the Modified Plan is scheduled for 3/26/2026 at 8:30 AM. Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.  The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

A full copy of the modified Plan will follow this notice.

Dated: February 19, 2026
JAN: mlc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 26-10025-JKS

Jose Luis Medina                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                        Page 1 of 2

Date Rcvd: Feb 19, 2026                     Form ID: 186                        Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jose Luis Medina, 19 Oak Street, Jersey City, NJ 07304-2211 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Feb 19 2026 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 19 2026 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520937208 | + Email/Text: BarclaysBankDelaware@tsico.com | Feb 19 2026 21:12:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 520937209 | + Email/PDF: ais.chase.ebn@aisinfo.com | Feb 19 2026 21:16:07 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 520965898 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 19 2026 21:12:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520937210 | Email/Text: camanagement@mtb.com | Feb 19 2026 21:12:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520981265 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Feb 19 2026 21:11:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520937211 | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | Feb 19 2026 21:13:00 | New York State Department Of Taxation, And Finance, W.A. Harriman Campus, Albany, NY 12227-0001 |
| 520937212 | + Email/Text: BKEBN-Notifications@ocwen.com | Feb 19 2026 21:11:00 | PHH Mortgage, PO Box 24606, West Palm Beach, FL 33416-4606 |
| 520956421 | + Email/Text: enotifications@santanderconsumerusa.com | Feb 19 2026 21:13:00 | SANTANDER CONSUMER USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 520937213 | + Email/Text: enotifications@santanderconsumerusa.com | Feb 19 2026 21:13:00 | Santander Bank, Santander Consumer USA Inc., Attn: Bankr, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 520937214 | ^ MEBN | Feb 19 2026 21:05:15 | Stern & Eisenberg, PC, 1120 Route 73, Suite 400, Mount Laurel, NJ 08054-5113 |

TOTAL: 12

# BYPASSED RECIPIENTS

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 19, 2026 | Form ID: 186 | Total Noticed: 13 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026                         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Jose Luis Medina ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4