UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

**Order Filed on February 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Jose Luis Medina

Case No.: _____26-10025_____

Chapter: _____13_____

Judge: _____JKS_____

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

DATED: **February 24, 2026**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

After review of the application of ___Russell L. Low on behalf of Jose Luis Medina___ for a reduction of time for a hearing on ___Motion to Sell 19 Oak Street Jersey City, NJ 07304___

_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___02/26/2026___ at ___2:00 p.m.___ in the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102
Courtroom No. 3D_____.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: the Standing Chapter 13 Trustee, all Secured Creditors, all Notice Parties and any Third-Party purchaser from the sheriff sale that occurred pre-petition

by ☒ each, ❑ any of the following methods selected by the Court:

❑ fax, ☒ overnight mail, ❑ regular mail, ☒ email, ❑ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: All other creditors

_____

by ❑ each, ☒ any of the following methods selected by the Court:

☒ fax, ❑ overnight mail, ❑ regular mail, ☒ email, ❑ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

❑ within _____ day(s) of the date of this Order.

5. Notice by telephone:

❑ is not required

☒ must be provided to  the impacted Secured Creditor, and any Third-Party Purchaser

❑ on the same day as the date of this Order, or

❑ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute said motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

9.   ☒ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

☐ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*