UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
RUSSELL L. LOW, ESQ. - 4745
LOW & LOW, LLC
505 MAIN ST., SUITE 304
HACKENSACK, NJ 07601
201-343-4040
Attorney for Debtor

In re:
        Jose Luis Medina

| | |
|---|---|
| Case No.: | 26-10025 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | 02/26/26 at 2:00 P.M. |
| Judge: | JKS |

## CERTIFICATION OF SERVICE

1.  I, __Russell L. Low__ :

    ☑ represent __the debtor__ in the this matter.

    ☐ am the secretary/paralegal for ___, who represents

    ___ in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2.  On __February 24, 2026__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Order Shortening Time, Motion to Sell Property, and all Moving Documents

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __February 24, 2026__                       /s/ Russell L. Low
                                                   _____
                                                   Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Barclays Bank Delaware<br>Attn: Bankruptcy<br>Po Box 8801<br>Wilmington, DE 19899 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Fax__<br>(as authorized by the court *) |
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15299<br>Wilmington, DE 19850 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Fax__<br>(as authorized by the court *) |
| M&T Bank Legal Document Processing<br>626 Commerce Drive<br>Amherst, NY 14228 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other _Overnight Mail_<br>(as authorized by the court *) |
| New York State Department Of Taxation And Finance<br>W.A. Harriman Campus<br>Albany, NY 12227 | Priority Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Fax__<br>(as authorized by the court *) |
| PHH Mortgage<br>Attn: Box 6251<br>3000 Kellway Dr. Suite 120<br>Carrollton, TX 75006 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other _Overnight Mail_<br>(as authorized by the court *) |
| Santander Bank<br>4054 Willow Lake Blvd., Suite 2049<br>Memphis, TN 38153 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Overnight Mail__<br>(as authorized by the court *) |
| Denise Carlon<br>KML Law Group, P.C. | Attorney for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail |

*rev. 8/1/15*

| | | | |
|---|---|---|---|
| 7011 Market Street, Suite 5000<br>Philadelphia, PA 19106 | | ☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Overnight Mail__<br>(as authorized by the court *) | |
| Marie-Ann Greenberg<br>30 Two Bridges Road, Ste 330<br>Fairfield, NJ  07004-1550 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Overnight Mail__<br>(as authorized by the court *) | |
| Honorable John K. Sherwood<br>50 Walnut Street, 3rd Floor<br>Newark, N.J. 07102<br>Courtroom 3D | Judge | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) | |
| Office of US Trustee<br>One Newark Center, Suite 1401<br>Newark, NJ 07102 | US Trustee's Office | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) | |
| Dennis P. Ulhmann, Jr. Esq.<br>Martone & Uhlmann<br>777 Passaic Ave., Suite 535<br>Clifton, NJ 07012 | Attorney for Third Party Purchaser | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Overnight Mail__<br>(as authorized by the court *) | |
| | | | |
| | | | |
| Stern & Eisenberg, PC<br>1120 Route 73, Suite 400<br>Mount Laurel, NJ 08054-5113 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev. 8/1/15*

*rev. 8/1/15*