Fitzgerald & Associates, P.C.
    By: Nicholas Fitzgerald Esq. -- NF/6129
649 Newark Avenue
Jersey City, NJ 07306-2303
Email: nickfitz.law@gmail.com
Phone: (201) 533-1100
Attorneys for Samer Elsayed

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY -- NEWARK
--------------------------------X

In re:

    Jose Luis Medina

Debtor

--------------------------------X

**Chapter 13**

Case No. 26-10025-JKS

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE
OF PAPERS**

To:

Clerk
United States Bankruptcy Court
King Federal Building
50 Walnut Street -- 3rd Floor
Newark, NJ 07102

    PLEASE TAKE NOTICE that pursuant to 11 U.S.C. 1109 (b) and Bankruptcy Rules 2002 (i) and 9010 (b), the debtor's substituted counsel, Nicholas Fitzgerald, of Fitzgerald & Associates, PC hereby appears in the above captioned cases and requests that all notices and all papers served or required to be served in this case be given and served upon the undersigned at:

Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306-2303

    PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and papers referred to in Bankruptcy Rule 2002

and also includes, without limitation, any plan of reorganization and objections thereto, notices of any order, pleading, motions, applications, complaints, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing,

and any other documents brought before this Court with respect to the above-captioned case.

February 25, 2026

_____
Nicholas Fitzgerald
for Fitzgerald & Associates, P.C.