Fitzgerald & Associates, P.C.
     By: Nicholas Fitzgerald Esq. -- NF/6129
649 Newark Avenue
Jersey City, NJ 07306-2303
Email: nickfitz.law@gmail.com
Phone: (201) 533-1100
Attorneys for Samer Elsayed

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY -- NEWARK
----------------------------------X

In re:

     Jose Luis Medina

Debtor

----------------------------------X

Chapter 13

Case No. 26-10025-JKS

## SAMER ELSAYED'S CERTIFICATION IN OPPOSITION TO MOTION FOR BANKRUPTCY COURT APPROVAL OF THE SALE OF REAL PROPERTY

I, Samer Elsayed, the successful bidder at the sheriff's sale, hereby certifies as follows:

1.  I make this certification in opposition to the debtor's motion for Bankruptcy Court approval of the sale of the debtor's real property located at 19 Oak Street, Jersey City, NJ 07304.

2.  I was the successful bidder at the sheriff's sale in regards to this property and I purchased the property on August 7, 2025.

3.  I object to Bankruptcy Court approval of the sale of the debtor's real property located at 19 Oak Street, Jersey City, NJ 07304 on the following grounds:

a)  State Court law provides the debtor with a ten day period of time to redeem his real property.  I purchased the property on August 7, 2025.  11 U.S.C. § 108(b) of the Bankruptcy

Code allows the 10 day redemption period to be extended for 60 more days from the ten day redemption period.  That 60 day period of time has expired.

b)  The debtor does not have "clean hands" because the debtor knowingly and intentionally failed to list a federal tax lien and other debt such as real estate taxes owed on the property money owed on the water bill on his petition which are liens against the property and which would have to be paid at the closing.

c)  It does not appear that there would be any money for the unsecured creditors.  The sale price is $549,000 and the following approximate amounts would have to be paid at closing:

$460,000 to PHH Mortgage
$45,000 federal tax liens
$22,000 to the real estate broker
$7,000 in property taxes
$5,000 in lawyer's fees

Total: $539,000

Moreover there is a water bill owed on the property.

4.  For the reasons stated above, it is respectfully requested that the debtor's motion for Bankruptcy Court approval of the sale be denied.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 25, 2026

_____
Samer Elsayed
Objector