UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Russell L. Low, Esq. - 4745
Low & Low, LLC
505 Main St., Suite 304
Hackensack, NJ 07601
201-343-4040
Attorney for Debtor

**Order Filed on February 25, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Jose Luis Medina

Case No.:            26-10025

Chapter:                13

Judge:                 JKS

## ORDER AUTHORIZING RETENTION OF

Angelo Bagnara

The relief set forth on the following page is **ORDERED**.

**DATED: February 25, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Angelo Bagnara_____

as _____debtor's real estate attorney_____, it is hereby ORDERED:

1.  The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:  Bagnara Law

    110 South Jefferson Road, Suite 101

    Whippany, New Jersey 07981

2.  Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.  If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.  The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2