Fitzgerald & Associates, P.C.
     By: Nicholas Fitzgerald Esq. -- NF/6129
649 Newark Avenue
Jersey City, NJ 07306-2303
Email: nickfitz.law@gmail.com
Phone: (201) 533-1100
Attorneys for Samer Elsayed

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY -- NEWARK
--------------------------------X

In re:

        Jose Luis Medina

Debtor

--------------------------------X

Chapter 13

Case No. 26-10025-JKS

### ATTORNEY'S REPLY CERTIFICATION

I, Nicholas Fitzgerald, the above named debtor's counsel, hereby certifies as follows:

1.  I make this certification in reply to the debtor's certification dated February 25, 2026, a copy of which is annexed as Exhibit A.

2.  The third party buyer, Samer Elsayed, clearly does want to acquire the property in question.

3.  Annexed as Exhibit B is a Notice of Federal Tax Lien showing that there are taxes owed for 2016 an 2017 in the amount of $23,072.16.  With interest and penalties, the amount owed by the debtor in back taxes would be even higher.  That is why the estimated tax amount was $45,000.

4.  I have been informed that as to the present proposed sale that there is a $20,000 concession being given to the seller so the sale price is $20,000 less than stated in the motion.

5.  The third party buyer is willing to immediately pay the

debtor $50,000 in cash provided the debtor lets the sheriff's sale go through. The $50,000 would cover the debtor's full homestead exemption and would provide additional money to be paid to the trustee. Thus, letting the third party buyer's bid stay in place would likely be best for the debtor and for the unsecured creditors.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 26, 2026

_____
Nicholas Fitzgerald
Debtor's Counsel

**Exhibit A -- Copy of Debtor's Response**

RUSSELL L. LOW, ESQ. RLL-4745
LOW & LOW, ESQS.
505 Main St., Suite 304
Hackensack, NJ 07601
201-343-4040 Phone
201-880-4010 Fax
Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Jose Luis Medina | : | CASE NO. 26-10025 |
| | : | The Honorable John K. Sherwood |
| Debtor | : | Hearing Date: February 26, 2026 at 2:00 p.m. |

**DEBTOR'S RESPONSE TO THIRD PARTY PURCHASER'S OBJECTION TO
MOTION TO SELL PROPERTY 19 OAK STREET JERSEY CITY, NJ 07304**

1. I, Jose Luis Medina, am the debtor in the above-captioned chapter 13 bankruptcy case.

2. The order extending the redemption period for 30 days was entered on December 1, 2025 and attached as *Exhibit "A"* is a copy of the order.

3. The debtor filed this Chapter 13 on January 2, 2026.

4. Under bankruptcy 11 U.S. Code § 108(b), the Debtor will have sixty days from the filing of the bankruptcy petition to redeem the house from the purchaser as long as the period for redemption has not expired prior to the bankruptcy filing. Which gives the Debtor until March 3, 2026.

5. Up until today's date, there was no issue with the redemption extension that was triggered by the bankruptcy filing.

6. The third party purchaser never filed any objection to the bankruptcy filing nor did he proceed in state court on transferring the deed based on an expired redemption.

7. The third party purchaser made me a $50,000 cash for keys offer by email to my attorney just two hours ago on or about 3:00 PM on February 25, 2026. It seems that the purchaser is trying to prevent my sale from going through at all costs.

8. I do not trust him so I will not be accepting his offer and wish to move forward with my sale contract.

9. The third party purchaser's opposition to my motion to sell has no basis. The title company handling the sale of my property has the correct figures for all the parties that will be paid at closing including my federal tax lien which is only about $11,000.00 not $45,000.00 as the third party purchaser claimed in his opposition.

10. I am entitled to my homestead exemption 11 U.S.C. § 522(d)(1) of $31,575.00 and in the event that there are any non-exempt proceeds leftover after all the other parties are paid and after I receive my exemption, those non-exempt proceeds will be paid to the Chapter 13 Trustee.

I hereby certify that all the statements above are true and correct to the best of my knowledge.

Date: 2/25/2026

Jose Luis Medina
Debtor

Exhibit B -- Copy of Notice of Federal Tax Lien

18331

Form 668 (Y)(c)
(Rev. February 2004)

**Department of the Treasury - Internal Revenue Service**

## Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #2 Lien Unit Phone: (800) 829-3903 | Serial Number 919 | For Optional Use by Recording Office |
|---|---|---|

FILED
20191217150015730
12/17/2019 02:07:58 pm
fed lien
NUMBER OF PAGES :1

eblake

20191217150015730 1/1
12/17/2019 02:07 PM FED LIEN
Bk: 215  Pg: 481
DIANE COLEMAN
Hudson County, Register of Deeds
Receipt No. 2030

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer JOSE L MEDINA & DIANA M LOPEZ

Residence      88 VAN NOSTRAND AVE
JERSEY CITY, NJ 07305-3042

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2016 | XXX-XX-3595 | 05/01/2017 | 05/31/2027 | |
| 1040 | 12/31/2016 | XXX-XX-3595 | 04/08/2019 | 05/08/2029 | 9303.95 |
| 1040 | 12/31/2017 | XXX-XX-3595 | 06/04/2018 | 07/04/2028 | 13768.21 |

Place of Filing

Office of the County Clerk
Hudson
JERSEY CITY, NJ 07306

Total $ 23072.16

This notice was prepared and signed at _____ DETROIT, MI _____ on this,

the ___10th___ day of ___December___, ___2019___.

| Signature for S. MCGUIGAN | Title ACS SBSE (800) 829-3903 | 22-00-0001 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X