**RUSSELL LOW, ESQ. RLL-4745**
LOW & LOW, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

**Order Filed on February 27, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | : Chapter 13 |
| Jose Luis Medina | : Case No. 26-10025 |
| Debtor(s) | : The Honorable John K. Sherwood |
| Hearing Date | : February 26, 2026 at 2:00 P.M. |

**ORDER AUTHORIZING
SALE OF REAL PROPERTY**

**Recommended Local Form:** ☐ **Followed**   ☐ **Modified**

The relief set forth on the following pages number two (2) to page two (2) is hereby

**ORDERED**.

**DATED: February 27, 2026**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as: **19 Oak Street Jersey City, NJ 07304**

**IT IS** hereby **ORDERED** as follows:

1.  The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. § § 363 (b) and 1303 to the purchasers, 19 Oak St. LLC.

2.  The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction, the real property is not free and clear of liens.

3. The below professionals shall be paid from the sale proceeds:

| Name of Professional | Amount to be Paid |
| --- | --- |
| Society Real Estate LLC | 4% commission |
| Bagnara Law | $1,600.00 + out of pocket expenses |
| Russell L. Low, Esq. | $2,500.00 + costs upon court approval |

| Services Rendered: Realtor, Real Estate Attorney, and Chapter 13 Attorney |
| --- |

4. PHH Mortgage shall be paid in full according to the mortgage payoff good through the closing date.

5. Other closing fees payable by the Debtor, including realtor commission payouts, may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

6. The exempt proceeds shall be paid to the debtor, Jose Luis Medina.

7. Any non-exempt proceeds shall be paid to the Chapter 13 Trustee, Marie-Ann Greenberg.

8. The sale of the property must take place within 30 days after the entry of this Order.

9. A copy of the closing disclosure must be forwarded to the Chapter 13 Trustee 7 days after

closing.

10. The 14 day stay under Bankruptcy Rule 6004(h) is hereby waived.