Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26−10025−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jose Luis Medina
    aka Jose Luis Medina Rosario, aka Jose L.
    Medina
    19 Oak Street
    Jersey City, NJ 07304

Social Security No.:
    xxx−xx−3595

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 3/26/26 at 10:00 AM

to consider and act upon the following:

*41* − Objection to Amended Schedule C (related document:33 Amended Schedule(s) : A/B,C,Summary of
Schedules,Other Schedules re:Form Dec 106 filed by Russell L. Low on behalf of Jose Luis Medina. filed by Debtor
Jose Luis Medina) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate
of Service Attached) (Greenberg, Marie−Ann)

Dated: 2/27/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court