Samer Elsayed, Pro Se
96 West 30th Street
Bayonne, NJ 07002
Email:  samer_elsayed@iclolud.com
Telephone: (201) 388-0865
Third Party Purchaser

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY -- NEWARK
----------------------------------X

In re:

    Jose Luis Medina

Debtor

----------------------------------X

**Chapter 13**

Case No. 26-10025-JKS

<u>NOTICE OF APPEAL</u>

Appellant, Samer Elsayed the third party buyer, appeals to the United States District Court for the District of New Jersey, the Order entered by Bankruptcy Judge John K. Sherwood, dated February 27, 2026 authorizing Debtor Jose Luis Medina permission to sell real property located at 19 Oak Street, Jersey City, NJ 07304.

The parties to the Order appealed from and the name and addresses of his attorneys are as follows:

Russell L. Low, Esq.
Low & Low
Corporate 505
505 Main Street, Suite 304
Hackensack, NJ 07601

Dated:  February 27, 2026

Jose Luis Medina
19 Oak Street
Jersey City, NJ 07304

_____
Samer Elsayed,
Pro Se Appellant

**RUSSELL LOW, ESQ. RLL-4745**
LOW & LOW, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

Order Filed on February 27, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | : Chapter 13 |
| Jose Luis Medina | : Case No. 26-10025 |
| Debtor(s) | : The Honorable John K. Sherwood |
| Hearing Date | : February 26, 2026 at 2:00 P.M. |

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

**Recommended Local Form:** ☐ **Followed**   ☐ **Modified**

The relief set forth on the following pages number two (2) to page two (2) is hereby

**ORDERED**.

DATED: February 27, 2026

_Honorable John K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as: **19 Oak Street Jersey City, NJ 07304**

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. § § 363 (b) and 1303 to the purchasers, 19 Oak St. LLC.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction, the real property is not free and clear of liens.

3. The below professionals shall be paid from the sale proceeds:

| Name of Professional | Amount to be Paid |
| --- | --- |
| Society Real Estate LLC | 4% commission |
| Bagnara Law | $1,600.00 + out of pocket expenses |
| Russell L. Low, Esq. | $2,500.00 + costs upon court approval |

Services Rendered: Realtor, Real Estate Attorney, and Chapter 13 Attorney

4. PHH Mortgage shall be paid in full according to the mortgage payoff good through the closing date.

5. Other closing fees payable by the Debtor, including realtor commission payouts, may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

6. The exempt proceeds shall be paid to the debtor, Jose Luis Medina.

7. Any non-exempt proceeds shall be paid to the Chapter 13 Trustee, Marie-Ann Greenberg.

8. The sale of the property must take place within 30 days after the entry of this Order.

9. A copy of the closing disclosure must be forwarded to the Chapter 13 Trustee 7 days after closing.

10. The 14 day stay under Bankruptcy Rule 6004(h) is hereby waived.