**RUSSELL LOW, ESQ. RLL-4745**
LOW & LOW, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

Order Filed on February 27, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | : Chapter 13 |
| Jose Luis Medina | : Case No. 26-10025 |
| Debtor(s) | : The Honorable John K. Sherwood |
| Hearing Date | : February 26, 2026 at 2:00 P.M. |

ORDER AUTHORIZING
SALE OF REAL PROPERTY

**Recommended Local Form:** ☐ **Followed**   ☐ **Modified**

The relief set forth on the following pages number two (2) to page two (2) is hereby

**ORDERED**.

**DATED: February 27, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as: **19 Oak Street Jersey City, NJ 07304**

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. § § 363 (b) and 1303 to the purchasers, 19 Oak St. LLC.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction, the real property is not free and clear of liens.

3. The below professionals shall be paid from the sale proceeds:

| Name of Professional | Amount to be Paid |
| --- | --- |
| Society Real Estate LLC | 4% commission |
| Bagnara Law | $1,600.00 + out of pocket expenses |
| Russell L. Low, Esq. | $2,500.00 + costs upon court approval |

| |
| --- |
| Services Rendered: Realtor, Real Estate Attorney, and Chapter 13 Attorney |

4. PHH Mortgage shall be paid in full according to the mortgage payoff good through the closing date.

5. Other closing fees payable by the Debtor, including realtor commission payouts, may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

6. The exempt proceeds shall be paid to the debtor, Jose Luis Medina.

7. Any non-exempt proceeds shall be paid to the Chapter 13 Trustee, Marie-Ann Greenberg.

8. The sale of the property must take place within 30 days after the entry of this Order.

9. A copy of the closing disclosure must be forwarded to the Chapter 13 Trustee 7 days after

closing.

10. The 14 day stay under Bankruptcy Rule 6004(h) is hereby waived.

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 26-10025-JKS

Jose Luis Medina                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 27, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2026:**

**Recip ID**        **Recipient Name and Address**
db        + Jose Luis Medina, 19 Oak Street, Jersey City, NJ 07304-2211

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2026                         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Interested Party Samer Elsayed fitz2law@gmail.com  nadiafinancial@gmail.com |
| Russell L. Low | on behalf of Debtor Jose Luis Medina ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5