## UNITED STATES BANKRUPTCY COURT

### District of New Jersey

In re:

Jose Luis Medina

| | |
|---|---|
| Chapter: | 13 |
| Case Number: | 26-10025 |
| Civil Number: | |
| Adversary Number: | |
| Bankruptcy Judge: | John K. Sherwood |

### TRANSMITTAL OF DOCUMENT(S) TO:
☒ **DISTRICT COURT**    ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal        ☒ Order being Appealed        ☐ Designation of Record on Appeal

☐ Statement of Issues        ☐ Transcript        ☐ Transcript Ordered On: _____

☐ Motion for Leave to Appeal    ☐ Certification of Failure to File Designation    ☐ Motion to Withdraw the Reference

☐ Other _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on  February 27, 2026                          .    The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | Samer Elsayed, Pro Se | Appellee(s): | Jose Luis Medina |
| Attorney: | | Attorney: | Russell L. Low |
| Address: | 96 West 30th Street | Address: | 505 Main Street |
| | Bayonne, NJ 07002 | | Hackensack, NJ 07601 |

Title of Order Appealed:    Order Authorizing Sale of Real Property

Date Entered On Docket:    February 27, 2026

☒    An appeal has not previously been filed in this case.

☐    The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

---

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____    Judge assigned: _____

By: _____    Date: _____

*rev. 8/28/17*