Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26−10025−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose Luis Medina
   aka Jose Luis Medina Rosario, aka Jose L.
   Medina
   19 Oak Street
   Jersey City, NJ 07304

Social Security No.:
   xxx−xx−3595

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/27/26.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 27, 2026
JAN: mff

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                  Case No. 26-10025-JKS

Jose Luis Medina                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                                 Page 1 of 2
Date Rcvd: Mar 27, 2026                      Form ID: 148                                 Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jose Luis Medina, 19 Oak Street, Jersey City, NJ 07304-2211 |
| sp | + | Angelo Bagnara, Bagnara Law, 110 South Jefferson Road, Suite 101, Whippany, NJ 07981-1038 |
| r | + | My Society Real Estate, 59 MineBrook Road, Suite 300, Bernardsville, NJ 07924-2545 |
| intp | + | Samer Elsayed, 96 West 30th Street, Bayonne, NJ 07002-2802 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 27 2026 21:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 27 2026 21:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520937208 | + | EDI: TSYS2 | Mar 28 2026 01:21:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 520937209 | + | EDI: JPMORGANCHASE | Mar 28 2026 01:20:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521011032 | | EDI: JEFFERSONCAP.COM | Mar 28 2026 01:21:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520965898 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 27 2026 21:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520937210 | | Email/Text: camanagement@mtb.com | Mar 27 2026 21:54:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 521021048 | | Email/Text: camanagement@mtb.com | Mar 27 2026 21:54:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240-0840 |
| 520981265 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 27 2026 21:53:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520937211 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 27 2026 21:55:00 | New York State Department Of Taxation, And Finance, W.A. Harriman Campus, Albany, NY 12227-0001 |
| 520937212 | + | EDI: LCIPHHMRGT | Mar 28 2026 01:20:00 | PHH Mortgage, PO Box 24606, West Palm Beach, FL 33416-4606 |
| 520956421 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 27 2026 21:55:00 | SANTANDER CONSUMER USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 520937213 | + | Email/Text: enotifications@santanderconsumerusa.com | | |

|  |  |  | Mar 27 2026 21:55:00 | Santander Bank, Santander Consumer USA Inc., Attn: Bankr, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 520937214 | ^ | MEBN | | |
|  |  |  | Mar 27 2026 21:55:43 | Stern & Eisenberg, PC, 1120 Route 73, Suite 400, Mount Laurel, NJ 08054-5113 |
| 521008567 |  | Email/Text: bankruptcy@mtabt.org | | |
|  |  |  | Mar 27 2026 21:54:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, New York, NY 10004 |
| 521012249 | + | EDI: AIS.COM | | |
|  |  |  | Mar 28 2026 01:21:00 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Nicholas Fitzgerald | on behalf of Interested Party Samer Elsayed fitz2law@gmail.com  nadiafinancial@gmail.com |
| Russell L. Low | on behalf of Debtor Jose Luis Medina ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5